.NEW ORLEANS PUBLIC SERVICE, INC., Plaintiff,

v.

**Ernest MORIAL, et al., Movants-Appellants,**

v.

**UNITED GAS PIPE LINE COMPANY, Defendant-Appellee.**

**No. 82–3194.**

United States Court of Appeals, Fifth Circuit.

June 8, 1983.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before GOLDBERG, WILLIAMS and GARWOOD, Circuit Judges.

PER CURIAM:

The Petition for Rehearing is DENIED, and a majority of the Circuit Judges who are in regular active service not having

voted in favor of it, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 16) the Suggestion for Rehearing En Banc is also

DENIED.